# NOS. 12-18-00160-CR
# 12-18-00161-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TORRY DEWAYNE BAILEY,* *APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

These appeals are being dismissed for want of jurisdiction. Torry Dewayne Bailey filed notices of appeal challenging the denial of his motion for shock probation. On June 18, 2018, this Court notified Appellant that his notices of appeal do not show the jurisdiction of this Court, i.e., the order being appealed is not appealable. We informed Appellant that the appeals would be dismissed unless the information was amended on or before July 17 to show this Court's jurisdiction. The deadline has passed and Appellant has neither shown the jurisdiction of this Court nor otherwise responded to the June 18 notice.

As a general rule, an appeal in a criminal case may be taken only from a judgment of conviction. *See* ***State v. Sellers***, 790 S.W.2d 316, 321 n.4. (Tex. Crim. App. 1990); *see also* ***Workman v. State***, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961). However, there are certain narrow exceptions. ***Wright v. State***, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.) (listing exceptions). The order Appellant complains of is not a judgment of conviction nor does it fall within any exception to the general rule. *See* ***Houlihan v. State***, 579 S.W.2d 213, 216 (Tex. Crim. App. 1979); *see also* ***Lake-Crunk v. State***, No. 14-12-01072-CR, 2012 WL 6728338, at *1 (Tex. App.—Houston [14th Dist.] Dec. 28, 2012, no pet.) (mem. op., not designated for publication) (denial of motion for shock probation is not appealable order).

Therefore, because we have no jurisdiction over the appeals, we ***dismiss*** the appeals for ***want of jurisdiction***.

Opinion delivered July 25, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JULY 25, 2018

NO. 12-18-00160-CR

**TORRY DEWAYNE BAILEY,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court

of Smith County, Texas (Tr.Ct.No. 114-1265-17)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JULY 25, 2018

NO. 12-18-00161-CR

**TORRY DEWAYNE BAILEY,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court
of Smith County, Texas (Tr.Ct.No. 114-1266-17)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*